IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD D. DISMUKE, JR                                                    PLAINTIFF
#95538

v.                          No. 4:24-cv-486-DPM

JAMES DUNHAM, Circuit Judge, 4th
Division, Pope County Circuit Court and
STEVEN G. HIGGINS, Deputy
Prosecuting Attorney, Pope County
County Prosecuting Attorney's Office                                   DEFENDANTS

## ORDER

Dismuke hasn't moved to lift the stay; and the time to do so has passed. *Doc. 3 & 5.* The Court therefore lifts the stay to dismiss this case without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2025