IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

DONALD D. DISMUKE, JR                                    PLAINTIFF
#95538

v.                        No. 4:24-cv-486-DPM

JAMES DUNHAM, Circuit Judge, 4th
Division, Pope County Circuit Court and
STEVEN G. HIGGINS, Deputy
Prosecuting Attorney, Pope County
Prosecuting Attorney's Office                            DEFENDANTS

## JUDGMENT

Dismuke's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

25 June 2025